IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MALCOLM HESS** **PLAINTIFF**

**v.** **No. 3:26-cv-16-DPM**

**EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC** **DEFENDANT**

# JUDGMENT

Hess's complaint is dismissed with prejudice. The Court retains jurisdiction until 2 October 2026 to enforce the parties' settlement.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

2 August 2026